**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL B.,[1]<br>Plaintiff,<br>v.<br>FRANK BISIGNANO, Commissioner of Social Security,<br>Defendant. | Case No. 2:26-CV-2927-RAO<br><br>**JUDGMENT** |

In accordance with the Order Reversing Commissioner's Decision and Remanding for Further Administrative Proceedings filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is **REVERSED**, and the matter is **REMANDED** for further proceedings consistent with the Court's Order.

DATED: September 18, 2026

/s/
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.