UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BAIS<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No. 2:26-cv-02927-RAO<br><br>ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Expenses, IT IS ORDERED, that fees in the amount of Eight Thousand Four Hundred and Seventy-One Dollars and Three Cents ($8,471.03) and costs/expenses in the amount of Zero Dollars ($0.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATED:10/06/2026

Rozella A. Oliver

HON. ROZELLA A. OLIVER
U.S. MAGISTRATE JUDGE